IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-cv-00435-BR

**Darel Myers**, et al.

    Plaintiffs,

v.

**Thomas E. Beverly & Lynn Beverly**,

    Defendants.

**Order**

    Currently pending before the court are a number of discovery motions (D.E. 35, 46) and a motion to stay further proceedings (D.E. 31). The parties have notified the court that they have tentatively reached a settlement agreement, but need additional time to address certain matters raised by the proposed independent fiduciary.

    In light of the parties' representations and the likelihood that this matter will be resolve by an agreement of the parties, the discovery motions (D.E. 35, 46) are denied without prejudice and the motion to stay (D.E. 31) is granted, in part. This matter will be stayed until October 1, 2018.

    If the parties have not formally resolved this matter by that date, they shall submit a status update on October 1, 2018, informing the court of what issues remain to be resolved and the anticipated deadline for resolving them. If the parties determine that they will be unable to resolve this matter by agreement, they shall promptly notify the court and the court will lift the stay and vacate the portion of this order denying the discovery motions.

Dated: August 9, 2018

_____
Robert T. Numbers, II
United States Magistrate Judge