UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DAREL MYERS, JANET MYERS, HOUSE OF LIGHTS, INC. PENSION PLAN AND TRUST, and HOUSE OF LIGHTS, INC. PROFIT SHARING PLAN,<br><br>    Plaintiffs,<br><br>v.<br><br>THOMAS E. BEVERLY and LYNN BEVERLY,<br><br>    Defendants. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:17-CV-435-BR** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the parties entered into a Mediated Settlement Agreement ("MSA"), which the court approved. (DE ## 61, 75; 11/20/18 Text Order.) Pursuant to the MSA, funds from the sale of certain real property have been deposited in the Court Registry Investment System ("CRIS"), (see 8/21/20 Order, DE # 87), and the independent fiduciary has recently completed the calculations of damages, (Report, DE # 90).

Based on the MSA and the independent fiduciary's report, plaintiffs request that the funds being held in the CRIS be distributed. That motion is allowed and the Clerk is DIRECTED to close this case and pay the following from the funds held in the CRIS for this matter:

1. To Darel Myers c/o Jackson Lewis PC, 3737 Glenwood Avenue, Suite 450, Raleigh, NC 27612, the amount of $443,053.00 plus interest in the amount of $1.58 per day from 22 December 2020 until the date the court's financial unit certifies payment;

2. To Janet Myers c/o Jackson Lewis PC, 3737 Glenwood Avenue, Suite 450, Raleigh, NC 27612, the amount of $24,713.00 plus interest in the amount of $0.09 per day from 22 December 2020 until the date the court's financial unit certifies payment;

3. To Lynn Beverly c/o Stevens Martin Vaughn & Tadych, PLLC, 6300 Creedmoor Road, Suite 170-370, Raleigh, NC 27612, one half of the remaining balance;

4. To Thomas Beverly c/o Everett, Gaskins & Hancock, LLP, P.O. Box 911, Raleigh, NC 27602-0911, one half of the remaining balance less the amount set forth in Paragraph 5; and

5. To AsherMeyers, LLC c/o Harold Asher, 432 Metairie Road, Suite 215, Metairie, LA 70005, the amount of $14,515.00.

**This Judgment Filed and Entered on March 10, 2021, and Copies To:**

| | |
|---|---|
| Paul Holscher | (via CM/ECF electronic notification) |
| E.D. Gaskins, Jr. | (via CM/ECF electronic notification) |
| Jason Nolan Tuttle | (via CM/ECF electronic notification) |
| Katherine A. King | (via CM/ECF electronic notification) |
| Michael J. Tadych | (via CM/ECF electronic notification) |

DATE:  PETER A. MOORE, JR., CLERK

March 10, 2021  (By) /s/ Nicole Sellers

Deputy Clerk